AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Susan D. | U.S. Bankruptcy Court, GA-S | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

P. O. Box 31267
Augusta, Georgia 30903

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Hill Properties, LLC |
| 2. | Partner | ▨ Partnership |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Coastal Bankruptcy Law Institute, Inc. | April 21-22, 2016 | Savannah, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 2. | State Bar of Georgia Bankruptcy Section | September 28-30, 2016 | Greensboro, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 3. | National Conference of Bankruptcy Judges | October 25-29, 2016 | San Francisco, California | Annual Conference | Airfare, Parking and Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Suntrust Bank Checking | A | Interest | J | T | | | | | |
| 2.  Suntrust Money Market | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4.  BROKERAGE ACCT #1 SCHWAB | | | | | | | | | |
| 5.  SCHWAB US TREAS MONEY FD SWEEP (SWUXX) | A | Interest | L | T | | | | | |
| 6. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 7. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 8. | | | | | Buy (add'l) | 12/20/16 | K | | |
| 9. | | | | | Redeemed (part) | 10/24/16 | K | | See Part VIII |
| 10. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 11. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 12. | | | | | Redeemed (part) | 09/09/16 | J | | See Part VIII |
| 13. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 14. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 15. | | | | | Redeemed (part) | 06/08/16 | J | | See Part VIII |
| 16. | | | | | Buy (add'l) | 06/02/16 | K | | |
| 17. | | | | | Redeemed (part) | 04/26/16 | K | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 19. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 20. | | | | | Redeemed (part) | 03/08/16 | J | | See Part VIII |
| 21. | | | | | Redeemed (part) | 03/04/16 | K | | See Part VIII |
| 22. | | | | | Buy (add'l) | 03/02/16 | K | | |
| 23. | | | | | Redeemed (part) | 01/15/16 | J | | See Part VIII |
| 24. | | | | | Redeemed (part) | 01/12/16 | J | | See Part VIII |
| 25. | | | | | Buy (add'l) | 01/04/16 | J | | |
| 26. SCHWAB TOTAL STK MKT (SWTSX) | D | Dividend | O | T | | | | | |
| 27. GA ST HSG & FA R 0.85% 16 | A | Interest | | | Redeemed | 06/01/16 | J | | See Part VIII |
| 28. | | | | | Redeemed (part) | 03/01/16 | J | | See Part VIII |
| 29. DOVER CORP (DOV) (X) | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 30. GOLDMAN SACHS BK 1.45% 17 | B | Interest | L | T | | | | | |
| 31. ISH BND SEP 2017 (IBMF) | A | Dividend | L | T | | | | | |
| 32. ISHARES SELECT DIV (DVY) | C | Dividend | M | T | | | | | |
| 33. ISHARES INTL (IDV) | A | Dividend | J | T | | | | | |
| 34. SCH US DIV EQUITY ETF (SCHD) | D | Dividend | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BANK OF MONTREAL 1.4%18F | A | Interest | K | T | | | | | |
| 36. JOHNSON & JOHNSON (JNJ)(X) | A | Dividend | K | T | Buy | 03/01/16 | K | | |
| 37. MISCROSOFT CORP (MSFT)(X) | A | Dividend | J | T | Buy | 01/07/16 | J | | |
| 38. PUTNAM SHORT DURATION INCM A (PSDTX)(X) | A | Dividend | K | T | Buy | 10/21/16 | K | | |
| 39. UNITED HEALTH GROUP INC (UNH) (X) | A | Dividend | K | T | Buy | 01/12/16 | J | | |
| 40. | | | | | | | | | |
| 41. BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |
| 42. -SCHWAB US TREAS MONEY FD MONEY MARKET (SWUXX) | A | Dividend | K | T | | | | | |
| 43. | | | | | Redeemed (part) | 12/29/16 | J | | See Part VIII |
| 44. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 45. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 46. | | | | | Redeemed (part) | 11/29/16 | K | | See Part VIII |
| 47. | | | | | Buy (add'l) | 10/28/16 | K | | |
| 48. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 49. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 50. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 51. | | | | | Redeemed (part) | 01/11/16 | K | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barrett, Susan D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SCHWAB TOTAL STK MKT (SWTSX) | B | Dividend | M | T | | | | | |
| 53. | | | | | Sold (part) | 10/26/16 | K | | See Part VIII |
| 54. SCH US DIV. EQUITY ETF (SCHD) | D | Dividend | M | T | | | | | |
| 55. | | | | | Buy (add'l) | 01/11/16 | K | | |
| 56. ISHARES SELECT DIV FUND (DVY) | B | Dividend | K | T | | | | | |
| 57. VANGUARD INDUSTRIALS (VIS) | A | Dividend | K | T | | | | | |
| 58. CHARLES SCHWAB US MC ETF (SCHM)(X) | | None | J | T | Buy | 12/23/16 | J | | |
| 59. SCHWAB INT'L EQUITY ETF (SCHF)(X) | A | Dividend | K | T | Buy | 11/23/16 | K | | |
| 60. | | | | | | | | | |
| 61. BROKERAGE ACCT.#3 (WELLS FARGO) | | | | | | | | | |
| 62. BANK DEPOSIT SWEEP | A | Interest | K | T | | | | | |
| 63. CHEVRON CORP (CVX) | C | Dividend | L | T | | | | | |
| 64. EQUITY RESIDENTIAL (EQR) | E | Dividend | M | T | | | | | |
| 65. GENERAL ELECTRIC CO. (GE) | B | Dividend | L | T | | | | | |
| 66. PROCTOR & GAMBLE CO. (PG) | C | Dividend | M | T | | | | | |
| 67. SUNTRUST BANK, INC. (STI) | A | Dividend | | | Sold | 09/27/16 | J | C | |
| 68. FIREEYE IN (FEYE) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HP INC (HPQ) | A | Dividend | J | T | | | | | |
| 70. HEWLETT PACKARD ENTERPRISE CO (HPE) | A | Dividend | J | T | | | | | |
| 71. PALO ALTO NETWORKS (PANW) | | None | J | T | | | | | |
| 72. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | A | Dividend | J | T | | | | | |
| 73. VERIZON COMMUNICATIONS COM (VZ)(X) | | None | J | T | Buy | 10/14/16 | J | | |
| 74. | | | | | | | | | |
| 75. PROCTOR & GAMBLE (PG) | A | Dividend | K | T | | | | | |
| 76. | | | | | | | | | |
| 77. MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC | | None | | | | | | | See Part VIII |
| 78. | | | | | | | | | |
| 79. _____ INS. PSHIP (OWNS LIFE INS. POL-CASH VALUE & SMALL BANK ACCT. AT | | None | N | T | | | | | |
| 80. SUNTRUST | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. TRUSTEE _____ TRUST CHECKING ACCOUNT AT SUNTRUST BANK) | | None | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. _____ TRUST ACCT. #1 (TRUSTEE) (SCHWAB BROKERAGE ACCT.) | | | | | | | | | |
| 86. BANK SWEEP ACCT. | A | Interest | K | T | | | | | |
| 87. ABBVIE, INC. (ABBV) | B | Dividend | K | T | | | | | |
| 88. AQUA AMERICAN INC. (WTR)(X) | A | Dividend | K | T | Buy | 01/26/16 | J | | |
| 89. BB&T CORPORATION (BBT) | B | Dividend | K | T | | | | | |
| 90. BLACKROCK, INC. (BLK)(X) | A | Dividend | K | T | Buy | 10/18/16 | K | | |
| 91. CVS HEALTH CORP (CVS) | A | Dividend | K | T | | | | | |
| 92. BERKSHIRE HATHAWAY B NEW (CLASS B) (BRKB) | | None | | | Sold | 01/19/16 | K | | See Part VIII |
| 93. INTEL CORP (INTC) | A | Dividend | | | Sold | 04/26/16 | K | C | |
| 94. | | | | | Sold (part) | 01/21/16 | J | B | |
| 95. DEERE & CO. (DE) | A | Dividend | K | T | | | | | |
| 96. EXXON MOBIL CORP (XOM)(X) | B | Dividend | K | T | Buy | 01/21/16 | K | | |
| 97. ISHARES US PREFERRED STOCK (ETF) (PFF)(X) | A | Dividend | | | Sold | 08/18/16 | K | B | |
| 98. | | | | | Buy | 02/11/16 | K | | |
| 99. JOHNSON & JOHNSON (JNJ) | B | Dividend | L | T | | | | | |
| 100. KIMBERLY -CLARK CORP (KMB) | B | Dividend | K | T | | | | | |
| 101. MARRIOTT INTL INC. (MAR)(X) | A | Dividend | K | T | Buy | 02/25/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. MC DONALDS CORP (MCD) | B | Dividend | K | T | | | | | |
| 103. MERCK & CO INC. (MRK)(X) | A | Dividend | K | T | Buy | 01/19/16 | K | | |
| 104. MICROSOFT (MSFT) | B | Dividend | L | T | | | | | |
| 105. PAYCHEX (PAYX) | B | Dividend | L | T | | | | | |
| 106. PUTNAM SHORT DURATION (PSDTX) | A | Dividend | L | T | Buy | 10/31/16 | L | | |
| 107. T ROWE PRICE GROUP INC (T ROWE) | B | Dividend | | | Sold | 07/15/16 | L | | See Part VIII |
| 108. | | | | | Sold (part) | 01/21/16 | K | | See Part VIII |
| 109. UNITED HEALTH GROUP INC. (UNH) (X) | A | Dividend | K | T | Buy | 06/07/16 | K | | |
| 110. UNITED TECHNOLOGIES CORP (UTX) | B | Dividend | K | T | | | | | |
| 111. 3M (MMM) | B | Dividend | L | T | | | | | |
| 112. SCH US DIV EQUITY ETF (SCHD) | C | Dividend | M | T | | | | | |
| 113. | | | | | Buy (add'l) | 08/17/16 | K | | |
| 114. | | | | | Buy (add'l) | 05/03/16 | K | | |
| 115. ENERGY SELECT SECTOR (XLE) | | None | | | Sold | 01/21/16 | K | | See Part VIII |
| 116. SELECT STR FINANCIAL (XLF) | A | Dividend | | | Sold | 07/14/16 | K | | See Part VIII |
| 117. TECHNOLOGY SELECT SECTOR (XLK) (X) | A | Dividend | K | T | Buy | 10/12/16 | K | | |
| 118. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. ____ TRUST ASSET #2 (WELLS FARGO BROKERAGE ACCT.) | | | | | | | | | |
| 120. BANK DEPOSIT SWEEP | A | Interest | L | T | | | | | |
| 121. CHEVRON (CVX) | B | Dividend | L | T | | | | | |
| 122. EQUITY RESIDENTIAL (EQR) | G | Dividend | O | T | | | | | |
| 123. GENERAL ELECTRIC (GE) | A | Dividend | J | T | | | | | |
| 124. HP INC (HPQ) | A | Dividend | K | T | | | | | |
| 125. HEWLETT PACKARD ENTERPRISES CO. (HPE) | A | Dividend | K | T | | | | | |
| 126. PROCTOR & GAMBLE (PG) | D | Dividend | M | T | | | | | |
| 127. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | B | Dividend | K | T | | | | | |
| 128. SUNTRUST BANKS INC (STI) | C | Dividend | M | T | | | | | |
| 129. | | | | | | | | | |
| 130. ESTATE ASSET #3 (SUNTRUST ESTATE BANK ACCT.) | | None | | | Closed | 10/12/16 | J | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII (Lines 9, 12, 15, 17, 20-21, 23-24, 27-28, 43, 46, 51, 53, 92, 107-08, 115-16). There is no gain to report.

Section VII (Line 77). The entity in which I own a membership interest remains viable, but it did not have any assets or income in 2016.

Section VII (Line 130). This was a very small non-interest bearing estate checking account (<$200.00) was closed with the funds being deposited into the [redacted] Trust Checking account listed on Line 82.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544